**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re:
MACLACHLAN, ALTON L.
MACLACHLAN, DORIS M.

Debtor(s).

Case No. 10-20442 ASD

(CHAPTER 7)

FILED
2010 DEC 30 PM 12:57

**REPORT OF SMALL/UNCLAIMED DIVIDENDS**

The undersigned trustee reports:

____ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

_X_ More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: December 28, 2010

JOHN J. O'NEIL JR., Trustee
255 MAIN STREET
HARTFORD, CT 06106

$1128.52
#274422

**EXHIBIT A**

Case Name: MACLACHLAN, ALTON L.
Case Number: 10-20442

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| RBS Citizens<br>480 Jefferson Blvd, RJE 135<br>Warwick, RI 02886 | 7 | $1,128.52 | | $1,128.52 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 1,128.52 |



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

**109**
60-249 / 433

| Case | Debtor |
|---|---|
| 10-20442 ASD | MACLACHLAN, ALTON L. |
| 92009020643466 | |
| UNCLAIMED FUNDS | |

TID #270020
JOHN J. O'NEIL JR.
255 MAIN STREET
HARTFORD CT 06106

Date 12/28/2010

$ *******1,128.52

~~~One Thousand One Hundred Twenty-Eight Dollars and 52/100

Pay to the Order of
UNITED STATES TREASURY
c/o CLERK US BANKRUPTCY COURT
450 MAIN ST.
HARTFORD CT 06103

JOHN J. O'NEIL JR., Trustee

# 27442

⑈000000109⑈ ⑆043302493⑆92009020643466⑈
~~~